

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2014

No. 04-14-00680-CV

**IN THE INTEREST OF S.P., ET AL, CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02655
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On October 20, 2014, this court notified David Zarate that he is the court reporter responsible for timely filing the reporter's record in this appeal. We further notified Zarate that the reporter's record had not been filed. As of the date of this order, this court has received no response to our letter.

It is therefore ORDERED that David Zarate must file the record in this court no later than ***November 20, 2014***. If the reporter's record is not received by such date, a show cause order shall issue directing Zarate to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. *See Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

The clerk of this court shall cause a copy of this order to be served on David Zarate by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court